UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RITHWAN BADEL,                                               CIVIL NO. 12-405 (ADM/JSM)

    Plaintiff,

v.                                                                              ORDER

INTEL CORPORATION,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 24, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

    2.    This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 12, 2012                          s/Ann D. Montgomery

                                                      ANN D. MONTGOMERY
                                                      United States District Judge